UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v.–

MICHAEL EVANS,

           Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court today, Defendant Michael Evans' conditions of supervised release are modified to include sixty days of curfew, enforced by electronic monitoring.

Dated: New York, New York
       October 13, 2023

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge